# Supreme Court of Kentucky

### 2019-SC-000321-DG

L. H., A CHILD UNDER EIGHTEEN                                          APPELLANT

ON REVIEW FROM COURT OF APPEALS
V.                            CASE NO. 2016-CA-001551-DG
HOPKINS CIRCUIT COURT NOS. 16-J-00049-004,
16-XX-00002, 16-XX-00003, 16-XX-00004, AND 16-XX-00005

COMMONWEALTH OF KENTUCKY                                          APPELLEE

## ORDER

Upon review, the Court has determined the Appellant, L.H., was committed to the Department of Juvenile Justice under the convictions currently on appeal on April 18, 2016, which commitment terminated on April 18, 2017, under the terms of the commitment order, and no later than October 18, 2017, by operation of KRS 635.060(4)(b)(2). Thus, this Court issues a show cause ORDER as to why this appeal should not be dismissed as moot. Both parties have 20 days from the date of entry of this order to file a supplemental brief on this issue not to exceed 10 pages.

All sitting. All concur.

ENTERED: August 20, 2020.

_____
CHIEF JUSTICE